# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 464 |
|---|---|---|
| | : | |
| ORDER FOR ESTABLISHMENT | : | JUDICIAL ADMINISTRATION |
| OF LOCAL RULES WEBSITE | : | |
| | : | DOCKET |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 28th day of June, 2016, **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that each judicial district shall no later than August 1, 2016 establish and transmit to the Rules Committees (rulescommittees@pacourts.us) the address of a free and publically accessible website of the court or county in which the court has jurisdiction where all local rules are to be published.

 This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.